UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>　　Gregory Boothe<br><br>　　　　Debtor(s) | Case No. 13 B 18846 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/02/2013.

2) The plan was confirmed on 12/11/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Completed on 03/09/2018.

6) Number of months from filing to last payment: 58.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $27,593.37.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $48,473.75 |
| Less amount refunded to debtor | $1,408.82 |

**NET RECEIPTS:** $47,064.93

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,491.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,918.03 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,409.03

Attorney fees paid and disclosed by debtor:     $9.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACl Laboratories | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACl Laboratories | Unsecured | 118.40 | NA | NA | 0.00 | 0.00 |
| Amca (Original Creditor:Medical) | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | NA | 414.86 | 414.86 | 114.76 | 0.00 |
| Arthur S Corrales | Unsecured | 814.86 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 353.85 | NA | NA | 0.00 | 0.00 |
| Associated Pathology Consultants | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 289.32 | NA | NA | 0.00 | 0.00 |
| Budzik & Dynia LLC | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Chicago Tribune | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 900.00 | 1,468.00 | 1,468.00 | 406.09 | 0.00 |
| Comcast | Unsecured | 778.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 310.27 | NA | NA | 0.00 | 0.00 |
| Complete Payment Recovery Services | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| Elmhurst Memorial Healthcare | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Elmhurst Radiologists | Unsecured | 31.70 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| Eos Cca (Original Creditor:At T) | Unsecured | 299.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 446.21 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| FNBM | Unsecured | 433.49 | NA | NA | 0.00 | 0.00 |
| Goggins & Lavintman | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| Goodwin & Byran, LLP | Unsecured | 137.72 | NA | NA | 0.00 | 0.00 |
| IC System Inc | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| ICS Collection Service | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ICS Collection Service | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| ICS Collection Service | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 16,548.00 | 10,584.55 | 10,584.55 | 10,584.55 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 0.00 | 6,179.53 | 6,179.53 | 6,179.53 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 544.97 | 709.01 | 709.01 | 196.13 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept Of Employment Security | Unsecured | 3,323.00 | 2,220.00 | 2,220.00 | 614.12 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 9.32 | 9.32 | 2.58 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 411.18 | 411.18 | 411.18 | 0.00 |
| Illinois Tollway | Unsecured | 62.40 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 25,345.00 | 26,594.38 | 26,594.38 | 7,356.80 | 0.00 |
| Internal Revenue Service | Priority | 3,910.00 | 4,266.39 | 4,266.39 | 4,266.39 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 467.69 | 467.69 | 467.69 | 129.38 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 793.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 793.24 | 793.24 | 793.24 | 219.43 | 0.00 |
| Maywood Fire Department | Unsecured | 310.94 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur (Original Creditor:Medical) | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr (Original Creditor:Medical) | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Metro Paramedics Services | Unsecured | 428.49 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 755.78 | NA | NA | 0.00 | 0.00 |
| Midwest Digestive Disease Specialis | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Midwest Heart Specialists | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| Midwest Urology Associates | Unsecured | 150.44 | NA | NA | 0.00 | 0.00 |
| Miller Law Group | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 441.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 25.28 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,062.00 | 1,857.37 | 1,857.37 | 513.80 | 0.00 |
| Northwest Collectors | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| Oxford Management Services | Unsecured | 495.94 | NA | NA | 0.00 | 0.00 |
| Park Dansan | Unsecured | 226.99 | NA | NA | 0.00 | 0.00 |
| Pellettieri | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 433.00 | 432.86 | 432.86 | 119.74 | 0.00 |
| Premier Bankcard | Unsecured | 283.00 | 204.00 | 204.00 | 56.43 | 0.00 |
| Prestige Financial Services | Unsecured | NA | 0.00 | 8,699.40 | 2,399.56 | 0.00 |
| Prestige Financial Services | Secured | 7,825.00 | 16,524.40 | 7,825.00 | 7,825.00 | 201.09 |
| Quantum3 Group | Unsecured | NA | 107.26 | 107.26 | 29.67 | 0.00 |
| Quantum3 Group | Unsecured | NA | 107.26 | 107.26 | 29.67 | 0.00 |
| SBC | Unsecured | 219.63 | NA | NA | 0.00 | 0.00 |
| Sharon Davis | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Sinai Pathology Associates | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| Southwest Credit Systems | Unsecured | 420.28 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| Torres Credit Services, Inc. | Unsecured | 155.15 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services, Inc | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| Village of Stone Park | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Washington Mutual | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| West Asset Management (Original Credito | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| Westlake Hospital | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,825.00 | $7,825.00 | $201.09 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,825.00** | **$7,825.00** | **$201.09** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $16,764.08 | $16,764.08 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,677.57 | $4,677.57 | $0.00 |
| **TOTAL PRIORITY:** | **$21,441.65** | **$21,441.65** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$44,084.65** | **$12,188.16** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,409.03 |
| Disbursements to Creditors | $41,655.90 |
| **TOTAL DISBURSEMENTS :** | **$47,064.93** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/06/2018         By: /s/ Marilyn O. Marshall
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**